[No. 51134-3-I. Division One. January 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY LEE
NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-00506-2, Suzanne M. Barnett, J., entered
September 4, 2002. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Becker, C.J., and Kennedy, J.

[No. 21537-7-III. Division Three. January 27, 2004.]

TERESA R. BYRD, *as Personal Representative, Respondent*, v.
SYSTEM TRANSPORT, INC., ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 02-2-00355-3, Neal Q. Rielly, J., entered
October 1, 2002. *Reversed* by unpublished opinion per
Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.
Order granting motion to publish October 19, 2004.

[No. 21557-1-III. Division Three. January 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA MARIE
CONKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for
Klickitat County, No. 02-1-00085-3, E. Thompson Reynolds,
J., entered October 21, 2002. *Affirmed* by unpublished
opinion per Sweeney, J., concurred in by Schultheis and
Kurtz, JJ.

[No. 21559-8-III. Division Three. January 27, 2004.]

CHIAWANA, INC., ET AL., *Respondents*, v. THE DEPARTMENT OF
REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 01-2-01694-5, James P. Hutton, J., entered
October 11, 2002. *Reversed* by unpublished opinion per
Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.